JOHN ORISHYN, Appellant, v. JOSEPH GRASHOW et al., Individually and as Partners Doing Business under the Name of BELNORD & COMPANY, Respondents. —In an action to recover damages for personal injuries, plaintiff appeals from a judgment in favor of defendants, entered upon a jury verdict. Judgment reversed on the law and new trial granted, with costs to abide the event. It was prejudicial error to admit in evidence a written statement which one of defendants' witnesses had made prior to the trial. (Crawford v. Nilan, 289 N. Y. 444.) In view of the position taken at the trial by plaintiff's counsel, we do not find it necessary on this appeal to determine whether the action falls within the purview of section 240 of the Labor Law. Nolan, P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur. [See post, p. 893.]

■

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD LARNER, Appellant.— Defendant appeals from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting him of the crime of violating subdivision 5-a of section 70 of the Vehicle and Traffic Law (leaving the scene of an accident), and from the sentence. Judgment reversed on the law and a new trial ordered. Upon the record the People failed to establish defendant's guilt beyond a reasonable doubt. There was no proof of any damage to complainant's car, but such proof may be made available on a new trial. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment. Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ., concur.

■

EDWARD M. ROSENFIELD, Appellant, v. MIRIAM B. ROSENFIELD, Respondent.— In an action for restitution of payments of alimony made by the plaintiff under an order awarding temporary alimony and a judgment awarding permanent alimony, which judgment was reversed, plaintiff appeals from an order dismissing the complaint under subdivision 4 of rule 106 of the Rules of Civil Practice. Order unanimously affirmed, with $10 costs and disbursements. (Averett v. Averett, 110 Misc. 584, affd. 191 App. Div. 948; Haas v. Haas, 271 App. Div. 107; Griffin v. Griffin, 219 App. Div. 370.) Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ. [See post, p. 893.]